IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **MICHAEL LEONARD TUCKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:16cv820-MHT |
| ) | (WO) |
| **RUSSELL COUNTY SHERIFF** ) | |
| **DEPARTMENT, et al.,** ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is confined in Russell County Jail, filed this lawsuit complaining that defendants repeatedly failed to protect him from violent assaults, denied him medical care for his injuries, and failed to adequately investigate or prosecute his attackers. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims be dismissed. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2016.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**